| Fill in this information to identify the case: |
| --- |

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11             12/17

Month: _____                    Date report filed: _____
                                                                MM / DD / YYYY
Line of business: _____       NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  |  | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  |  | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____      Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?        ❑     ❑     ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑     ❑     ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.        $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.        − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.        + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.        = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                _____

27. What is the number of employees as of the date of this monthly report?                _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | Column B | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                            $ _____

36. Total projected cash disbursements for the next month:                                    − $ _____

37. Total projected net cash flow for the next month:                                            = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**#2 Summary of Cash Activity for All Accounts**

| | 10/1/2023 | 10/31/2023 |
|---|---|---|
| 19. Total opening Balance of all Accounts | | |
| BOA | 618.90 | 588.95 |
| MWRegional | 53,584.57 | 15,216.62 |
| Triad | 1,672.80 | 1,672.80 |
| Total | 55,876.27 | 17,478.37 |

**Change**

|          | 29.95 | Bank Fee from Oct |
| 38,367.95 |
| - |
| 38,397.90 |

# O'Fallon Brewery
## A/P Aging Detail
### As of November 30, 2023

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 06/12/2023 | 4916716 | US Foods, Inc. | 06/26/2023 | 157 | 1,354.75 |
| Bill | 06/12/2023 | 31159603 | Malteurop North America | 07/12/2023 | 141 | 17,994.43 |
| Bill | 06/12/2023 | 78037 | Pioneer Pest Management | 07/12/2023 | 141 | 145.00 |
| Bill | 06/14/2023 | 04-30-23 to 5-31-23 | Metropolitan St. Louis Sewer District | 06/28/2023 | 155 | 3,996.27 |
| Bill | 06/15/2023 | 14891 | Continuum Technology Group | 06/25/2023 | 158 | 45.00 |
| Bill | 06/15/2023 | Finance Charge | Crown Lift Trucks | 06/25/2023 | 158 | 166.87 |
| Bill | 06/19/2023 | 42614841 | CIT | 06/29/2023 | 154 | 2,010.85 |
| Bill | 06/20/2023 | 48601 | Trucent Centrifuge Parts & Repair LLC | 06/30/2023 | 153 | 14,191.93 |
| Bill | 06/21/2023 | 2163891 21 0621 | Commercial Bank | 07/01/2023 | 152 | 2,271.96 |
| Bill Pmt -Check | 06/29/2023 | EFT | Missouri American Water A FIRE | | | -2.51 |
| Credit | 06/30/2023 | 22723-114507 | Microstar Keg Management | | | -414.96 |
| Bill | 07/01/2023 | 134432 - 06/30/2023 | Brewers Association | 07/01/2023 | 152 | 1,452.50 |
| Bill Pmt -Check | 07/06/2023 | EFT | Hartford | | | -0.71 |
| Bill | 07/10/2023 | 79257 | Pioneer Pest Management | 08/09/2023 | 113 | 145.00 |
| General Journal | 07/13/2023 | Cathy | Pathward | | | 2,061.00 |
| General Journal | 07/13/2023 | Cathy | Midland Equipment Finance | | | 1,328.50 |
| General Journal | 07/19/2023 | Cathy | Mitsubishi HC Capital America, Inc. | | | 1,082.37 |
| Bill | 07/21/2023 | | Mitsubishi HC Capital America, Inc. | 07/31/2023 | 122 | 1,082.37 |
| Bill | 07/21/2023 | 2163891 21 0721 | Commercial Bank | 07/31/2023 | 122 | 2,559.99 |
| Credit | 07/31/2023 | 22723-124244 | Microstar Keg Management | | | -111.93 |
| Bill | 08/01/2023 | 524 | Desai Law Firm LLC | 08/03/2023 | 119 | 1,864.00 |
| Bill | 08/01/2023 | 522 | Desai Law Firm LLC | 08/03/2023 | 119 | 1,809.50 |
| Credit | 08/07/2023 | | Accord Carton | | | -1,429.13 |
| Bill | 08/07/2023 | 23481 | Premium Mechanical and Automation | 09/06/2023 | 85 | 2.00 |
| Bill | 08/14/2023 | 80695 | Pioneer Pest Management | 09/13/2023 | 78 | 365.00 |
| Bill | 08/15/2023 | 15037 | Continuum Technology Group | 08/25/2023 | 97 | 292.50 |
| Bill | 08/16/2023 | 05-01-23 to 7-31-23 | Metropolitan St. Louis Sewer District | 08/30/2023 | 92 | 9,253.88 |
| Credit | 08/23/2023 | S1016082 overpay | Briess Malting Company | | | -213.11 |
| Credit | 08/31/2023 | 22723-159025 | Microstar Keg Management | | | -223.86 |
| Bill | 08/31/2023 | 1716010 | Cee Kay Supply | 09/15/2023 | 76 | 113.74 |
| Bill | 09/04/2023 | 006150879-0820 | LEAF Capital Funding, LLC | 09/04/2023 | 87 | 1,490.58 |
| Bill | 09/04/2023 | 555 | Desai Law Firm LLC | 09/06/2023 | 85 | 115.50 |
| Bill | 09/04/2023 | 557 | Desai Law Firm LLC | 09/06/2023 | 85 | 154.00 |
| Bill | 09/04/2023 | 554 | Desai Law Firm LLC | 09/06/2023 | 85 | 276.10 |
| Bill | 09/04/2023 | 559 | Desai Law Firm LLC | 09/06/2023 | 85 | 693.00 |
| Bill | 09/04/2023 | 560 | Desai Law Firm LLC | 09/06/2023 | 85 | 423.50 |
| Bill | 09/04/2023 | 556 | Desai Law Firm LLC | 09/06/2023 | 85 | 2,887.50 |
| Bill | 09/04/2023 | 558 | Desai Law Firm LLC | 09/06/2023 | 85 | 539.00 |
| Bill | 09/04/2023 | 562 | Desai Law Firm LLC | 09/06/2023 | 85 | 462.00 |
| Bill | 09/04/2023 | 563 | Desai Law Firm LLC | 09/06/2023 | 85 | 1,617.00 |
| Bill | 09/04/2023 | 561 | Desai Law Firm LLC | 09/06/2023 | 85 | 269.50 |
| Bill | 09/05/2023 | 15071 | Continuum Technology Group | 09/15/2023 | 76 | 97.50 |
| Bill | 09/18/2023 | 7-31-23 to 08-31-23 | Metropolitan St. Louis Sewer District | 10/02/2023 | 59 | 4,424.10 |
| Bill | 09/30/2023 | 1719367 | Cee Kay Supply | 10/15/2023 | 46 | 54.84 |
| Bill | 09/30/2023 | 1720014 | Cee Kay Supply | 10/15/2023 | 46 | 111.32 |
| Bill | 10/01/2023 | 2060004179-DEPOSIT | Ameren MH-B | 10/11/2023 | 50 | 22,675.86 |
| Bill | 10/01/2023 | CK4368143 | Cee Kay Supply | 10/16/2023 | 45 | 130.76 |
| Bill | 10/02/2023 | 0948614835-100123 | Spire | 10/12/2023 | 49 | 2,930.22 |
| General Journal | 10/03/2023 | Cathy | Mitsubishi HC Capital America, Inc. | | | 6,543.68 |
| Bill | 10/03/2023 | 1017-220033294555 | Missouri American Water-Private Fire | 10/13/2023 | 48 | 77.11 |
| Bill | 10/07/2023 | 6887142809 | AT&T *-1040 050 | 11/06/2023 | 24 | 463.75 |
| Bill | 10/10/2023 | 10012023 | Cincinnati Insurance Company | 10/10/2023 | 51 | 3,170.00 |

**O'Fallon Brewery**
**A/P Aging Detail**
**As of November 30, 2023**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | 10/11/2023 | TR-OF-1011 | BSG Craftbrewing | 11/10/2023 | 20 | 138.32 |
| Bill | 10/13/2023 | 9869734302 | Grainger | 11/12/2023 | 18 | 18.55 |
| Bill | 10/13/2023 | 8-31-23 to 09-30-23 | Metropolitan St. Louis Sewer District | 10/27/2023 | 34 | 4,631.02 |
| Item Receipt | 10/16/2023 | | Bono Burns Distributing, Inc. | | | 0.09 |
| Bill | 10/19/2023 | N00007176 | Chemia | 11/18/2023 | 12 | 66.00 |
| Bill | 10/19/2023 | 35121915 | Great American Financial Services | 10/29/2023 | 32 | 369.96 |
| Bill | 10/24/2023 | 081823 - 092023 | Missouri American Water B USAGE | 11/03/2023 | 27 | 3,671.30 |
| Bill | 10/30/2023 | Credit Card Debbie | LorAnn Oils | 11/09/2023 | 21 | 1,152.75 |
| Credit | 10/31/2023 | 22723-196756 | Microstar Keg Management | | | -423.15 |
| Bill | 10/31/2023 | 1723349 | Cee Kay Supply | 11/15/2023 | 15 | 54.84 |
| Bill | 10/31/2023 | 1724014 | Cee Kay Supply | 11/15/2023 | 15 | 124.62 |
| Bill | 11/01/2023 | INV-0679065 | BSG Craftbrewing | 12/01/2023 | | 98.17 |
| Bill | 11/01/2023 | 0948614835-110123 | Spire | 11/11/2023 | 19 | 3,425.31 |
| Bill | 11/02/2023 | 1017-220033294555 | Missouri American Water-Private Fire | 11/12/2023 | 18 | 77.11 |
| Bill | 11/04/2023 | 636 | Desai Law Firm LLC | 11/06/2023 | 24 | 3,338.00 |
| Bill | 11/04/2023 | 637 | Desai Law Firm LLC | 11/06/2023 | 24 | 385.00 |
| Bill | 11/04/2023 | 638 | Desai Law Firm LLC | 11/06/2023 | 24 | 2,348.50 |
| Bill | 11/04/2023 | 635 | Desai Law Firm LLC | 11/06/2023 | 24 | 29.70 |
| Bill | 11/04/2023 | 642 | Desai Law Firm LLC | 11/06/2023 | 24 | 77.00 |
| Bill | 11/04/2023 | 643 | Desai Law Firm LLC | 11/06/2023 | 24 | 539.00 |
| Bill | 11/04/2023 | 639 | Desai Law Firm LLC | 11/06/2023 | 24 | 115.50 |
| Bill | 11/04/2023 | 640 | Desai Law Firm LLC | 11/06/2023 | 24 | 308.00 |
| Bill | 11/04/2023 | 641 | Desai Law Firm LLC | 11/06/2023 | 24 | 577.50 |
| Bill | 11/06/2023 | 1327952 | Diversified Packaging, Inc | 12/06/2023 | | 279.72 |
| Bill | 11/06/2023 | 6012011039 | Ardagh Glass | 12/21/2023 | | 12,560.63 |
| Bill | 11/06/2023 | 2060004179 09/29-10/ | Ameren MH-B | 11/16/2023 | 14 | 5,660.90 |
| Bill | 11/07/2023 | 6765143804 | AT&T *-1040 050 | 12/07/2023 | | 463.75 |
| Bill | 11/11/2023 | | Orora/Landsberg Packaging Solutions | 11/21/2023 | 9 | 302.50 |
| Bill | 11/13/2023 | | Orora/Landsberg Packaging Solutions | 11/23/2023 | 7 | 302.50 |
| Bill | 11/13/2023 | 9-30-23 to 10-31-23 | Metropolitan St. Louis Sewer District | 11/27/2023 | 3 | 4,266.69 |
| Bill | 11/14/2023 | 869027 | Bommarito Wines & Spirits, Inc | 12/14/2023 | | 357.00 |
| Bill | 11/16/2023 | 108514 | Accord Carton | 12/16/2023 | | 1,778.66 |
| Bill | 11/16/2023 | 9906917878 | Grainger | 12/16/2023 | | 37.65 |
| Bill | 11/17/2023 | 7057403 | Vitale's Bakery | 11/24/2023 | 6 | 131.14 |
| Bill | 11/20/2023 | 35349207 | Great American Financial Services | 11/30/2023 | | 304.14 |
| Bill | 11/20/2023 | 209390 | Wunderlich | 12/20/2023 | | 73.72 |
| Bill | 11/20/2023 | 110923 | Cincinnati Insurance Company | 11/20/2023 | 10 | 4,592.00 |
| Bill | 11/21/2023 | 3222 | Torrisi Plumbing Services, Inc | 11/23/2023 | 7 | 627.41 |
| Bill | 11/22/2023 | 7057570 | Vitale's Bakery | 11/29/2023 | 1 | 92.22 |
| Bill | 11/28/2023 | 86 | Beverage Solution Partners, LLC | 12/01/2023 | | 1,500.00 |
| Bill | 11/28/2023 | 3383228 | US Foods, Inc. | 12/03/2023 | | 1,336.98 |
| Bill | 11/28/2023 | 242284221-0001-12/14 | Verizon Wireless | 12/13/2023 | | 199.78 |
| Bill | 11/29/2023 | 101923-111523 | Missouri American Water B USAGE | 12/09/2023 | | 3,465.17 |
| Credit | 11/30/2023 | 22723-217492 | Microstar Keg Management | | | -221.13 |
| Bill | 11/30/2023 | 7057849 | Vitale's Bakery | 12/07/2023 | | 94.26 |
| Bill | 11/30/2023 | 1728011 | Cee Kay Supply | 12/15/2023 | | 120.81 |
| | | | | | | 172,249.61 |

# O'Fallon Brewery
## A/R Aging Detail
**As of November 30, 2023**

| | Type | Date | Num | Name | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | |
| | Invoice | 11/27/2023 | 16639 | H.W. Herrell Imperial | EFT 7 Days | 12/04/2023 | 1,723.40 |
| | Invoice | 11/29/2023 | 16641 | G M Galesburg | EFT 7 Days | 12/06/2023 | 1,547.52 |
| | Invoice | 11/30/2023 | 16642 | Missouri Eagle Lebanon | EFT 7 Days | 12/07/2023 | 4,185.96 |
| | Invoice | 11/17/2023 | 16633 | Great Rivers Pomona | EFT 7 Days | 12/11/2023 | 16.00 |
| **Total Current** | | | | | | | 7,472.88 |
| **1 - 30** | | | | | | | |
| | Credit Memo | 10/31/2023 | 16636 | The Saint Louis Brewery, LLC | | 10/31/2023 | -67.30 |
| | Credit Memo | 11/07/2023 | 16615 | Golden Eagle Hannibal | | 11/07/2023 | -28.00 |
| | Invoice | 11/07/2023 | 16616 | Friendship Brewing Co dba Goodspeed | Net 10 | 11/07/2023 | 1,080.00 |
| | Credit Memo | 11/07/2023 | 16617 | Rinella Quincy | | 11/07/2023 | -6.40 |
| | Credit Memo | 11/07/2023 | 16620 | County Sedalia | | 11/07/2023 | -90.00 |
| | Credit Memo | 11/13/2023 | 16625 | Brewers Peoria | | 11/13/2023 | -15.50 |
| | Invoice | 11/14/2023 | 16627 | Donnewald Greenville | EFT 7 Days | 11/21/2023 | 315.00 |
| | Invoice | 11/15/2023 | 16638 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 11/22/2023 | 2,500.00 |
| | Invoice | 11/21/2023 | 16637 | Cerco Group | | 11/28/2023 | 262.50 |
| **Total 1 - 30** | | | | | | | 3,950.30 |
| **31 - 60** | | | | | | | |
| | Credit Memo | 10/04/2023 | 16572 | Brewers Peoria | | 10/04/2023 | -85.00 |
| | Credit Memo | 10/05/2023 | 16573 | County Lee's Summit | | 10/05/2023 | -4.70 |
| | Credit Memo | 10/06/2023 | 16579 | Rinella Quincy | | 10/06/2023 | -8.00 |
| | Credit Memo | 10/06/2023 | 16580 | Lipman Brothers, LLC | | 10/06/2023 | -14.48 |
| | Invoice | 09/30/2023 | 16583 | CASH SALE | EFT 7 Days | 10/07/2023 | 54.20 |
| | Invoice | 10/11/2023 | 16608 | Lab Services | | 10/11/2023 | 20.00 |
| | Credit Memo | 10/12/2023 | 16594 | Golden Eagle Illinois | | 10/12/2023 | -45.00 |
| | Credit Memo | 10/18/2023 | 16618 | The Saint Louis Brewery, LLC | | 10/18/2023 | -41.68 |
| | Credit Memo | 10/18/2023 | 16619 | The Saint Louis Brewery, LLC | | 10/18/2023 | -25.62 |
| | Invoice | 10/15/2023 | 16601 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 10/22/2023 | 2,500.00 |
| | Payment | 10/25/2023 | | The Saint Louis Brewery, LLC | | | -4,282.20 |
| | Credit Memo | 10/26/2023 | 16603 | Donnewald Greenville | | 10/26/2023 | -467.35 |
| **Total 31 - 60** | | | | | | | -2,399.83 |
| **61 - 90** | | | | | | | |
| | Credit Memo | 09/07/2023 | 16526 | County Lee's Summit | | 09/07/2023 | -7.20 |
| | Credit Memo | 09/11/2023 | 16537 | Rinella Quincy | | 09/11/2023 | -8.00 |
| | Invoice | 09/07/2023 | 16527 | CONTRACT CUSTOMERS:Reed's, Inc. | Net 7 | 09/14/2023 | 14,774.37 |
| | Invoice | 09/07/2023 | 16528 | CONTRACT CUSTOMERS:Reed's, Inc. | Net 7 | 09/14/2023 | 21,052.00 |
| | Credit Memo | 09/14/2023 | 16541 | Louis Glunz Lincolnwood | | 09/14/2023 | -33.10 |
| | Invoice | 09/15/2023 | 16547 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 09/22/2023 | 2,500.00 |
| | Payment | 09/27/2023 | | NWO Northwood | | | -0.40 |
| | General Journal | 09/30/2023 | Cathy | The Saint Louis Brewery, LLC | | | -1,994.43 |
| **Total 61 - 90** | | | | | | | 36,283.24 |
| **> 90** | | | | | | | |
| | Credit Memo | 10/10/2018 | 8328 | Wil Fischer Poplar Bluff (fmly Luecke) | | 10/10/2018 | -6.00 |
| | Credit Memo | 01/23/2019 | 8748 | Zink Indianapolis | | 01/23/2019 | -33.60 |
| | Credit Memo | 01/18/2021 | 12344 | Mullally Cuba | | 01/18/2021 | -12.00 |
| | Credit Memo | 01/18/2021 | 12345 | Mullally Cuba | | 01/18/2021 | -21.00 |
| | Credit Memo | 01/18/2021 | 12346 | Mullally Cuba | | 01/18/2021 | -29.00 |
| | Invoice | 02/08/2021 | 12447 | Mullally Cuba | EFT 7 Days | 02/15/2021 | 62.00 |
| | Credit Memo | 07/02/2021 | 13246 | Best Brands Nashville | | 07/02/2021 | -14.38 |
| | Payment | 09/14/2021 | 005786 | Doretti Distributing | | | -507.00 |
| | Invoice | 05/19/2022 | 14938 | Lab Services | | 06/03/2022 | 73.50 |

**O'Fallon Brewery**
**A/R Aging Detail**
**As of November 30, 2023**

| Type | Date | Num | Name | Terms | Due Date | Open Balance |
|------|------|-----|------|-------|----------|--------------|
| Credit Memo | 07/15/2022 | 15222 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 07/15/2022 | -139.00 |
| Credit Memo | 08/01/2022 | 15271 | Best Brands Nashville | | 08/01/2022 | -51.41 |
| Invoice | 08/04/2022 | 15290 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 08/11/2022 | 10,571.00 |
| Invoice | 08/04/2022 | 15291 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 08/11/2022 | 24,424.00 |
| Invoice | 08/04/2022 | 15292 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 08/11/2022 | 11,372.00 |
| Invoice | 08/04/2022 | 15293 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 08/11/2022 | 5,619.00 |
| Invoice | 08/09/2022 | 15315 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 08/16/2022 | 2,500.00 |
| Credit Memo | 08/29/2022 | 15428 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 08/29/2022 | -1,778.50 |
| Invoice | 09/14/2022 | 15502 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 09/21/2022 | 2,500.00 |
| Credit Memo | 10/06/2022 | 15619 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 10/06/2022 | -3,663.57 |
| Credit Memo | 10/11/2022 | 15644 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 10/11/2022 | -42.06 |
| Invoice | 10/11/2022 | 15643 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 10/18/2022 | 2,500.00 |
| Credit Memo | 10/20/2022 | 15672 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 10/20/2022 | -10,436.67 |
| Invoice | 11/01/2022 | 15711 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 11/08/2022 | 1,134.66 |
| Credit Memo | 11/08/2022 | 15732 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 11/08/2022 | -2,512.91 |
| Invoice | 11/09/2022 | 15744 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 11/16/2022 | 9,609.83 |
| Credit Memo | 11/21/2022 | 15802 | CONTRACT CUSTOMERS:Wellbeing Brewing | | 11/21/2022 | -6,815.27 |
| Invoice | 11/15/2022 | 15765 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 11/22/2022 | 2,500.00 |
| Invoice | 12/13/2022 | 15893 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 12/20/2022 | 2,500.00 |
| Invoice | 12/28/2022 | 15935 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 01/04/2023 | 1,697.30 |
| Invoice | 12/28/2022 | 15936 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 01/04/2023 | 2,843.16 |
| Invoice | 12/28/2022 | 15937 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 01/04/2023 | 4,891.93 |
| Credit Memo | 01/12/2023 | 15987 | Lipman Brothers, LLC | | 01/12/2023 | -195.39 |
| Invoice | 01/18/2023 | 16002 | Lab Services | | 01/18/2023 | 20.00 |
| Invoice | 01/12/2023 | 15986 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 01/19/2023 | 2,500.00 |
| Invoice | 01/25/2023 | 16024 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 02/01/2023 | 62.43 |
| Invoice | 02/15/2023 | 16079 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 02/22/2023 | 2,500.00 |
| Invoice | 03/15/2023 | 16147 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 03/22/2023 | 2,500.00 |
| Invoice | 03/15/2023 | 16152 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 03/22/2023 | 4,231.95 |
| Invoice | 03/22/2023 | 16170 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 03/29/2023 | 442.17 |
| Invoice | 04/04/2023 | 16202 | CONTRACT CUSTOMERS:Double Shift I | Net 14 | 04/18/2023 | 3,344.00 |
| Invoice | 04/04/2023 | 16203 | CONTRACT CUSTOMERS:Double Shift I | Net 14 | 04/18/2023 | 1,584.00 |
| Invoice | 04/11/2023 | 16234 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 04/18/2023 | 2,201.30 |
| Invoice | 05/25/2023 | 16333 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 06/01/2023 | 2,500.00 |
| Invoice | 05/25/2023 | 16334 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 06/01/2023 | 2,500.00 |
| Credit Memo | 06/07/2023 | 16365 | County Lee's Summit | | 06/07/2023 | -88.99 |
| Credit Memo | 06/08/2023 | 16370 | North KC N Kansas City | | 06/08/2023 | -77.00 |
| Invoice | 06/07/2023 | 16362 | CONTRACT CUSTOMERS:Virtue Signal I | Net 7 | 06/14/2023 | 126.29 |
| Invoice | 06/07/2023 | 16363 | CONTRACT CUSTOMERS:Virtue Signal I | Net 7 | 06/14/2023 | 126.29 |
| Credit Memo | 06/19/2023 | 16378 | Louis Glunz Lincolnwood | | 06/19/2023 | -61.00 |
| Invoice | 06/21/2023 | 16385 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 06/28/2023 | 2,500.00 |
| Credit Memo | 07/03/2023 | 16402 | Skeff Decatur | | 07/03/2023 | -32.00 |
| Credit Memo | 07/05/2023 | 16404 | County Lee's Summit | | 07/05/2023 | -96.05 |
| Credit Memo | 07/07/2023 | 16411 | Rinella Quincy | | 07/07/2023 | -51.10 |
| Credit Memo | 07/14/2023 | 16427 | Black River Traders Flanders | | 07/14/2023 | -658.14 |
| Credit Memo | 07/14/2023 | 16428 | Black River Traders Flanders | | 07/14/2023 | -278.67 |
| Credit Memo | 07/17/2023 | 16430 | Louis Glunz Lincolnwood | | 07/17/2023 | -65.00 |
| Credit Memo | 07/18/2023 | 16433 | North KC N Kansas City | | 07/18/2023 | -100.00 |
| Invoice | 07/18/2023 | 16434 | CONTRACT CUSTOMERS:Wellbeing Bre | Net 7 | 07/25/2023 | 2,500.00 |
| Credit Memo | 08/03/2023 | 16455 | Rinella Quincy | | 08/03/2023 | -4.00 |
| Credit Memo | 08/03/2023 | 16456 | County Lee's Summit | | 08/03/2023 | -21.03 |

**O'Fallon Brewery**

**A/R Aging Detail**

**As of November 30, 2023**

| Type | Date | Num | Name | Terms | Due Date | Open Balance |
|------|------|-----|------|-------|----------|-------------:|
| Credit Memo | 08/09/2023 | 16474 | North KC N Kansas City | | 08/09/2023 | -82.50 |
| Credit Memo | 08/15/2023 | 16486 | Lipman Brothers, LLC | | 08/15/2023 | -28.95 |
| Credit Memo | 08/07/2023 | 16487 | Louis Glunz Lincolnwood | | 08/17/2023 | -30.60 |
| Invoice | 08/15/2023 | 16484 | CONTRACT CUSTOMERS:Wellbeing Br | Net 7 | 08/22/2023 | 2,500.00 |
| Credit Memo | 08/24/2023 | 16503 | The Saint Louis Brewery, LLC | | 08/24/2023 | -240.20 |
| Invoice | 08/24/2023 | 16502 | The Saint Louis Brewery, LLC | EFT 7 Days | 08/31/2023 | 7,741.78 |
| Total > 90 | | | | | | 96,505.60 |
| TOTAL | | | | | | 141,812.19 |

# O'Fallon Brewery
# Payroll Summary
### November 2023

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Paycheck | 11/03/2023 | 23 1103-02 | Case, Julie L. | -957.98 |
| Paycheck | 11/10/2023 | 23 1110-01 | Case, Julie L. | -789.49 |
| Paycheck | 11/17/2023 | 23 1117-01 | Case, Julie L. | -800.45 |
| Paycheck | 11/24/2023 | 23 1124-01 | Case, Julie L. | -509.00 |
| Paycheck | 11/03/2023 | 23 1103-100 | Chastonay, Matthew J. | -412.89 |
| Paycheck | 11/10/2023 | 23 1110-100 | Chastonay, Matthew J. | -395.56 |
| Paycheck | 11/17/2023 | 23 1117-100 | Chastonay, Matthew J. | -267.68 |
| Paycheck | 11/24/2023 | 23 1124-100 | Chastonay, Matthew J. | -511.52 |
| Paycheck | 11/03/2023 | 23 1103-03 | Conley, Masyn M | -170.48 |
| Paycheck | 11/10/2023 | 23 1110-02 | Conley, Masyn M | -139.66 |
| Paycheck | 11/17/2023 | 23 1117-02 | Conley, Masyn M | -123.06 |
| Paycheck | 11/24/2023 | 23 1124-02 | Conley, Masyn M | -134.73 |
| Paycheck | 11/15/2023 | 23 1110-300 | Cuneo, Timothy J | -3,655.24 |
| Paycheck | 11/30/2023 | 23 1130-300 | Cuneo, Timothy J | -3,655.24 |
| Paycheck | 11/03/2023 | 23 1103-101 | Deckert, Toby W | -140.62 |
| Paycheck | 11/10/2023 | 23 1110-101 | Deckert, Toby W | -160.57 |
| Paycheck | 11/17/2023 | 23 1117-101 | Deckert, Toby W | -249.23 |
| Paycheck | 11/24/2023 | 23 1124-101 | Deckert, Toby W | -245.53 |
| Paycheck | 11/03/2023 | 23 1103-04 | Estes, Alyssa N | -239.50 |
| Paycheck | 11/10/2023 | 23 1110-03 | Estes, Alyssa N | -273.32 |
| Paycheck | 11/17/2023 | 23 1117-03 | Estes, Alyssa N | -218.41 |
| Paycheck | 11/24/2023 | 23 1124-03 | Estes, Alyssa N | -292.67 |
| Paycheck | 11/15/2023 | 23 1110-301 | Feld, Samuel A | -1,822.29 |
| Paycheck | 11/30/2023 | 23 1130-301 | Feld, Samuel A | -1,822.29 |
| Paycheck | 11/03/2023 | 23 1103-102 | Gallardo, Cesar Valente | -413.59 |
| Paycheck | 11/10/2023 | 23 1110-102 | Gallardo, Cesar Valente | -435.68 |
| Paycheck | 11/17/2023 | 23 1117-102 | Gallardo, Cesar Valente | -416.60 |
| Paycheck | 11/24/2023 | 23 1124-102 | Gallardo, Cesar Valente | -426.83 |
| Paycheck | 11/03/2023 | 23 1103-05 | Gonzalez, Tyrone | -553.70 |
| Paycheck | 11/10/2023 | 23 1110-04 | Gonzalez, Tyrone | -587.69 |
| Paycheck | 11/17/2023 | 23 1117-04 | Gonzalez, Tyrone | -581.58 |
| Paycheck | 11/24/2023 | 23 1124-04 | Gonzalez, Tyrone | -603.90 |
| Paycheck | 11/03/2023 | 23 1103-06 | Gorczyca, Caroline M | -348.53 |
| Paycheck | 11/10/2023 | 23 1110-05 | Gorczyca, Caroline M | -388.87 |
| Paycheck | 11/17/2023 | 23 1117-05 | Gorczyca, Caroline M | -590.06 |
| Paycheck | 11/24/2023 | 23 1124-05 | Gorczyca, Caroline M | -493.90 |
| Paycheck | 11/15/2023 | 23 1110-302 | Gorczyca, Debbie | -3,259.19 |
| Check | 11/15/2023 | 23 1115-321 | Gorczyca, James C. | -5,565.00 |
| Paycheck | 11/15/2023 | 23 1110-303 | Haberberger, Mary C | -1,386.30 |
| Paycheck | 11/30/2023 | 23 1130-303 | Haberberger, Mary C | -1,511.30 |
| Paycheck | 11/15/2023 | 23 1110-304 | Hanson, Victoria | -1,350.18 |
| Paycheck | 11/30/2023 | 23 1130-304 | Hanson, Victoria | -1,350.17 |
| Paycheck | 11/03/2023 | 23 1103-07 | Hanson, Victoria C | -128.28 |
| Paycheck | 11/17/2023 | 23 1117-06 | Hanson, Victoria C | -288.01 |
| Paycheck | 11/03/2023 | 23 1103-103 | Harris, Marcus S | -328.71 |
| Paycheck | 11/10/2023 | 23 1110-103 | Harris, Marcus S | -314.07 |

**O'Fallon Brewery**
**Payroll Summary**
November 2023

| | | | |
|---|---|---|---:|
| Paycheck | 11/17/2023 | 23 1117-103 | Harris, Marcus S | -152.60 |
| Paycheck | 11/03/2023 | 23 1103-08 | Hasekamp, David C | -140.07 |
| Paycheck | 11/10/2023 | 23 1110-06 | Hasekamp, David C | -86.36 |
| Paycheck | 11/17/2023 | 23 1117-07 | Hasekamp, David C | -128.26 |
| Paycheck | 11/24/2023 | 23 1124-07 | Hasekamp, David C | -105.11 |
| Paycheck | 11/03/2023 | 23 1103-104 | Koiyan, Darlington | -413.44 |
| Paycheck | 11/10/2023 | 23 1110-104 | Koiyan, Darlington | -481.66 |
| Paycheck | 11/17/2023 | 23 1117-104 | Koiyan, Darlington | -250.58 |
| Paycheck | 11/24/2023 | 23 1124-103 | Koiyan, Darlington | -508.90 |
| Paycheck | 11/17/2023 | 23 1117-08 | Kuchek, Krista M | -220.77 |
| Paycheck | 11/24/2023 | 23 1124-08 | Kuchek, Krista M | -43.20 |
| Paycheck | 11/03/2023 | 23 1103-105 | Larson, Ryan | -512.60 |
| Paycheck | 11/10/2023 | 23 1110-105 | Larson, Ryan | -563.94 |
| Paycheck | 11/17/2023 | 23 1117-105 | Larson, Ryan | -528.83 |
| Paycheck | 11/24/2023 | 23 1124-104 | Larson, Ryan | -504.73 |
| Paycheck | 11/17/2023 | 23 1117-09 | Lukefahr, Casey M | -132.98 |
| Paycheck | 11/24/2023 | 23 1124-09 | Lukefahr, Casey M | -232.95 |
| Paycheck | 11/15/2023 | 23 1110-305 | McKinzie, Christopher P | -1,663.45 |
| Paycheck | 11/30/2023 | 23 1130-305 | McKinzie, Christopher P | -1,663.46 |
| Paycheck | 11/03/2023 | 23 1103-10 | Mintman, Lauren R. | -568.04 |
| Paycheck | 11/10/2023 | 23 1110-08 | Mintman, Lauren R. | -311.24 |
| Paycheck | 11/17/2023 | 23 1117-10 | Mintman, Lauren R. | -632.07 |
| Paycheck | 11/24/2023 | 23 1124-10 | Mintman, Lauren R. | -571.49 |
| Paycheck | 11/03/2023 | 23 1103-106 | Moffett, Jaina E. | -338.70 |
| Paycheck | 11/10/2023 | 23 1110-106 | Moffett, Jaina E. | -335.47 |
| Paycheck | 11/17/2023 | 23 1117-106 | Moffett, Jaina E. | -283.09 |
| Paycheck | 11/24/2023 | 23 1124-105 | Moffett, Jaina E. | -320.68 |
| Paycheck | 11/03/2023 | 23 1103-11 | Moreland, Alexander R | -374.30 |
| Paycheck | 11/10/2023 | 23 1110-09 | Moreland, Alexander R | -361.62 |
| Paycheck | 11/17/2023 | 23 1117-11 | Moreland, Alexander R | -270.47 |
| Paycheck | 11/24/2023 | 23 1124-11 | Moreland, Alexander R | -513.04 |
| Paycheck | 11/03/2023 | 23 1103-12 | Moreno Jarqin, Felix R | -343.23 |
| Paycheck | 11/10/2023 | 23 1110-10 | Moreno Jarqin, Felix R | -299.78 |
| Paycheck | 11/17/2023 | 23 1117-12 | Moreno Jarqin, Felix R | -277.67 |
| Paycheck | 11/24/2023 | 23 1124-12 | Moreno Jarqin, Felix R | -355.51 |
| Paycheck | 11/03/2023 | 23 1103-13 | Ogilbie, Gerardo F | -670.42 |
| Paycheck | 11/10/2023 | 23 1110-11 | Ogilbie, Gerardo F | -678.82 |
| Paycheck | 11/17/2023 | 23 1117-13 | Ogilbie, Gerardo F | -646.17 |
| Paycheck | 11/24/2023 | 23 1124-13 | Ogilbie, Gerardo F | -653.64 |
| Paycheck | 11/10/2023 | 23 1110-107 | Quello, Devon P | -114.95 |
| Paycheck | 11/03/2023 | 23 1103-14 | Smythe, Taylor N | -364.82 |
| Paycheck | 11/10/2023 | 23 1110-12 | Smythe, Taylor N | -171.28 |
| Paycheck | 11/17/2023 | 23 1117-14 | Smythe, Taylor N | -236.01 |
| Paycheck | 11/24/2023 | 23 1124-14 | Smythe, Taylor N | -248.53 |
| Paycheck | 11/03/2023 | 23 1103-15 | Sullivan, Carvon T. | -407.16 |
| Paycheck | 11/10/2023 | 23 1110-13 | Sullivan, Carvon T. | -419.40 |
| Paycheck | 11/17/2023 | 23 1117-15 | Sullivan, Carvon T. | -391.60 |

**O'Fallon Brewery**
**Payroll Summary**
November 2023

Case 23-42041    Doc 102    Filed 02/22/24    Entered 02/22/24 10:09:43    Main Document
Pg 14 of 15

| | | | | |
|---|---|---|---|---|
| Paycheck | 11/24/2023 | 23 1124-15 | Sullivan, Carvon T. | -410.77 |
| Paycheck | 11/03/2023 | 23 1103-16 | Sundquist, Rylee E | -108.33 |
| Paycheck | 11/10/2023 | 23 1110-14 | Sundquist, Rylee E | -175.73 |
| Paycheck | 11/24/2023 | 23 1124-16 | Sundquist, Rylee E | -104.36 |
| Paycheck | 11/03/2023 | 23 1103-107 | Thomas, Calin M | -369.70 |
| Paycheck | 11/10/2023 | 23 1110-108 | Thomas, Calin M | -360.43 |
| Paycheck | 11/17/2023 | 23 1117-107 | Thomas, Calin M | -401.21 |
| Paycheck | 11/24/2023 | 23 1124-106 | Thomas, Calin M | -432.17 |
| Paycheck | 11/15/2023 | 23 1110-306 | Zheng, Christyna | -1,203.07 |
| Paycheck | 11/30/2023 | 23 1130-306 | Zheng, Christyna | -1,203.06 |
| | | | | -63,571.47 |

**O'Fallon Brewery**
**Payroll Summary**
November 2023

==32 employees-not all full time==, 23 Part time

| Row Labels | Sum of Amount | |
|---|---|---|
| Case, Julie L. | (3,056.92) | Part |
| Chastonay, Matthew J. | (1,587.65) | Part |
| Conley, Masyn M | (567.93) | Part |
| Cuneo, Timothy J | (7,310.48) | |
| Deckert, Toby W | (795.95) | Part |
| Estes, Alyssa N | (1,023.90) | Part |
| Feld, Samuel A | (3,644.58) | |
| Gallardo, Cesar Valente | (1,692.70) | Part |
| Gonzalez, Tyrone | (2,326.87) | Part |
| Gorczyca, Caroline M | (1,821.36) | Part |
| Gorczyca, Debbie | (3,259.19) | |
| Gorczyca, James C. | (5,565.00) | |
| Haberberger, Mary C | (2,897.60) | Part |
| Hanson, Victoria | (2,700.35) | Same |
| Hanson, Victoria C | (416.29) | |
| Harris, Marcus S | (795.38) | Part |
| Hasekamp, David C | (459.80) | Part |
| Koiyan, Darlington | (1,654.58) | Part |
| Kuchek, Krista M | (263.97) | Part |
| Larson, Ryan | (2,110.10) | |
| Lukefahr, Casey M | (365.93) | Part |
| McKinzie, Christopher P | (3,326.91) | |
| Mintman, Lauren R. | (2,082.84) | Part |
| Moffett, Jaina E. | (1,277.94) | Part |
| Moreland, Alexander R | (1,519.43) | Part |
| Moreno Jarquin, Felix R | (1,276.19) | Part |
| Ogilbie, Gerardo F | (2,649.05) | |
| Quello, Devon P | (114.95) | |
| Smythe, Taylor N | (1,020.64) | Part |
| Sullivan, Carvon T. | (1,628.93) | Part |
| Sundquist, Rylee E | (388.42) | Part |
| Thomas, Calin M | (1,563.51) | Part |
| Zheng, Christyna | (2,406.13) | |
| **Grand Total** | **(63,571.47)** | |